| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known): _____ Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

1. **Debtor's name**  
   **Arete Healthcare LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   **2 7 - 5 3 1 4 2 4 3**

4. **Debtor's address**

   **Principal place of business**

   **22100 Bulverde Road,**  
   Number    Street  
   **Suite 108**

   **San Antonio        TX      78259**  
   City                State   ZIP Code

   **Bexar**  
   County

   **Mailing address, if different from principal place of business**

   _____  
   Number    Street

   _____  
   P.O. Box

   _____  
   City                State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____  
   Number    Street

   _____

   _____  
   City                State   ZIP Code

5. **Debtor's website (URL)**  
   **schertzhealth.com**

6. **Type of debtor**  
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Arete Healthcare LLC**            Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY

Debtor **Arete Healthcare LLC** _____   Case number (if known) _____

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>District _____  When _____<br>                                                MM / DD / YYYY<br>Case number, if known _____<br><br>Debtor _____  Relationship _____<br>District _____  When _____<br>                                                MM / DD / YYYY<br>Case number, if known _____ | |

**11. Why is the case filed in _this district?_**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                           Number  Street
_____
_____
City    State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **Arete Healthcare LLC**  Case number (if known) _____

| 14. Estimated number of creditors | | | |
|---|---|---|---|
| | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☒ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | | | |
|---|---|---|---|
| | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | | | |
|---|---|---|---|
| | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/03/2019**
MM / DD / YYYY

X **/s/ Brian Johnson**                       **Brian Johnson**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Allen M. DeBard**                     Date **11/03/2019**
Signature of attorney for debtor                  MM / DD / YYYY

**Allen M. DeBard**
Printed name

**Langley & Banack, Inc.**
Firm name

**745 E Mulberry Ave, Suite 700**
Number      Street

**San Antonio**                **TX**       **78212**
City                            State       ZIP Code

**(210) 736-6600**              **adebard@langleybanack.com**
Contact phone                    Email address

**24065132**                     _____
Bar number                       State

| | Fill in this information to identify the case: | |
|---|---|---|
| Debtor name | **Arete Healthcare LLC** | |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) | | ☐ Check if this is an amended filing |

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Green Capital Funding LLC<br>30 Broad St., Suite 14108<br>New York, NY 10004 | | Business debt | Disputed | | | $540,000.00 |
| 2 | WG Capital<br>1734 8th Ave.<br>Suite PH<br>Brooklyn, NY 11215 | | Business debt / AR Factoring | Disputed | | | $449,700.00 |
| 3 | Region Capital<br>323 Sunny Isles Blvd.<br>Suite 501<br>Sunny Isles, FL 33160 | | Business debt | Disputed | | | $374,750.00 |
| 4 | Platinum Rapid Funding Group, Ltd.<br>348 RXR Plaza<br>Uniondale, NY 11556 | | Business debt | Disputed | | | $141,050.00 |
| 5 | Stewart & Stevenson<br>5717 I-10<br>San Antonio, TX 78219 | | Business debt | | | | $41,968.31 |

| | Debtor | Arete Healthcare LLC | | Case number (if known) | | | |
|---|---|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Pegasus MSO, LLC  1314 W. McDermott Dr. Ste. 106-517  Allen, TX 75013 | | Business debt | | | | $18,225.00 |
| 7 | Docutap, Inc.  101 S. Phillips Ave. #300  Sioux Falls, SD 57104 | | Business debt | | | | $15,500.00 |
| 8 | South Park Properties SM  100 Mackey Drive  San Antonio, TX 78213 | | Business debt | | | | $10,915.65 |
| 9 | Highland Capital Corporation  5 Center Avenue  Little Falls, NJ 07424 | | Business debt | | | | $5,053.15 |
| 10 | Central Mutual Insurance  7301 State Hwy.161  Irving, TX 75039 | | Insurance services | | | | $4,989.98 |
| 11 | TIAA Finance  P.O. Box 911608  Denver, CO 80291-1608 | | Business debt | | | | $4,820.32 |
| 12 | AFLAC  1932 Wynnton Road  Columbus, GA 31999 | | Business debt | | | | $3,170.00 |
| 13 | AT&T  208 S. Akard St.  Dallas, TX 75202 | | Business phones | | | | $2,944.00 |

| Debtor | Arete Healthcare LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 ITSC<br>614 W. French Place<br>San Antonio, TX 78212 | | Business debt | | | | $2,532.00 |
| 15 Canon Financial Services, Inc.<br>158 Gaither Dr., Suite 200<br>P.O. Box 5008<br>Mount Laurel, NJ 08054 | | Business debt | | | | $2,343.23 |
| 16 Lockaway Storage | | Business storage | | | | $1,404.00 |
| 17 JGI Outdoor Advertising<br>525 Park Grove<br>Katy, TX 77450 | | Advertising | | | | $1,236.00 |
| 18 Nextiva*Voip Service<br>8800 E. Chaparral Rd. Suite 300<br>Scottsdale, AZ 85250 | | Business debt | | | | $807.00 |
| 19 ADT Security<br>1 Town Center Road<br>Boca Raton, FL 33486 | | Business debt | | | | $674.00 |
| 20 Adobe Systems, Inc.<br>345 Park Avenue<br>San Antonio, CA 95110-2704 | | Business debt | | | | $502.00 |

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

IN RE: **Arete Healthcare LLC**              CASE NO

CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   11/3/2019                            Signature   /s/ Brian Johnson
                                                                            *Brian Johnson*
                                                                            *President*

Date                                    Signature

Adobe Systems, Inc.
345 Park Avenue
San Antonio, CA 95110-2704


ADT Security
1 Town Center Road
Boca Raton, FL 33486


AFLAC
1932 Wynnton Road
Columbus, GA 31999


Ariel Bouskila
Berkovitch & Bouskila, PLLC
80 Broad St., Suite 3301
New York, NY 10004


AT&T
208 S. Akard St.
Dallas, TX 75202


Bio Medical Waste Solutions
P.O. Box 1147
Port Neches, TX 77651


Canon Financial Services, Inc.
158 Gaither Dr., Suite 200
P.O. Box 5008
Mount Laurel, NJ 08054


Central Mutual Insurance
7301 State Hwy.161
Irving, TX 75039


Christopher R. Castro
MCA Recovery
17 State Street, Suite 4000
New York, NY 10004

Christopher Savoy
Regent & Associates
3601 Audubon Place
Houston, TX 77006


CHTD Company
P.O. Box 2576
Springfield IL 62708


CPS
4514 Frank Bryant Lane
San Antonio, TX 78220


Dena G. Choate
Reid & Dennis
3131 McKinney Ave, Ste. 600
Dallas, TX 75204-2456


Dish Network-EF
9601 South Meridian Blvd.
Englewood, CO 80112


Docutap, Inc.
101 S. Phillips Ave. #300
Sioux Falls, SD 57104


Elisa M. Pagano
CSG Attorneys at Law
One Boland Drive
West Orange, NJ 07052


First American Vendor Finance
255 Woodcliff Dr.
Fairport, NY 14450


Frost Bank
111 W. Houston St.
P.O. Box 1600
San Antonio, Texas 78296

Green Capital Funding LLC
30 Broad St., Suite 14108
New York, NY 10004


Highland Capital Corporation
5 Center Avenue
Little Falls, NJ 07424


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346


ITSC
614 W. French Place
San Antonio, TX 78212


JGI Outdoor Advertising
525 Park Grove
Katy, TX 77450


Kash Capital
1022 Avenue M
Brooklyn, NY 11230


Leslie Luttrell
Luttrell+Carmody Law Group
One International Centre
100 NE Loop 410, Suite 615
San Antonio, TX 78216

Lindsey Rohan
Law Office of Lindsey Rohan
348 RXR Plaza
Uniondale, NY 11556


Lockaway Storage

Marc Connelly
Assistant General Counsel
1100 W. 49th Street
Austin, TX 78756-3199


NEC Corporation of America
6535 State Hwy 161
Irving, TX 75039


Network Box USA
2825 Wilcrest Dr., #259
Houston, TX 77042


Nextiva*Voip Service
8800 E. Chaparral Rd. Suite 300
Scottsdale, AZ 85250


Norcal Group
7600 N. Capital of TX Hwy
Austin, TX 78731


Northland Cable Ventures
515 W. Tyler
Mexia, TX 76667


OnDeck Capital
1400 Broadway
New York, NY 10018


Pegasus MSO, LLC
1314 W. McDermott Dr.
Ste. 106-517
Allen, TX 75013


Platinum Rapid Funding Group Ltd.
348 RXR Plaza
Uniondale, NY 11556

Region Capital
323 Sunny Isles Blvd.
Suite 501
Sunny Isles, FL 33160

Ryan C. Reed
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Hwy, Suite 400
San Antonio, TX 78213

SAWS
2800 US Hwy 281 N
San Antonio, TX 78212

South Park Properties SM
100 Mackey Drive
San Antonio, TX 78213

Spectrum
60 Columbus Circle
New York, NY 10023

Stewart & Stevenson
5717 I-10
San Antonio, TX 78219

TIAA Finance
P.O. Box 911608
Denver, CO 80291-1608

Tony Gray
OnDeck
1400 Broadway
New York, NY 10018

Tracksmart

US Attorney
601 NW Loop 410, Suite 600
San Antonio, TX   78216


US Attorney General
Main Justice Bldg., #5111
10th & Constitutional Ave., NW
Washington, DC   20530


WG Capital
1734 8th Ave.
Suite PH
Brooklyn, NY 11215