| **Fill in this information to identify the case** |
| :--- |
| Debtor name **Arete Healthcare LLC** |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) **19-52578** |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. Cash on hand    $0.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| :--- | :--- | :--- | ---: |
| 3.1. Checking account<br>Frost Bank | Checking account | 0  1  3  6 | $1,569.43 |
| 3.2. Government Payment (Tejas Urgent Care)<br>Frost Bank | Government Payment | 1  9  2  0 | $1,855.12 |

4. Other cash equivalents  *(Identify all)*

   Name of institution (bank or brokerage firm)

5. Total of Part 1
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $3,424.55

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor  **Arete Healthcare LLC**
Name

Case number (if known)  **19-52578**

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

|  | Current value of debtor's interest |
|---|---|
|  | $0.00 |

## Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes.  Fill in the information below.

11.  **Accounts receivable**

| | | | Current value of debtor's interest |
|---|---|---|---|
| 11a.  90 days old or less: _____ − _____ = ·········· ➔ | | | _____ |
| face amount        doubtful or uncollectible accounts | | | |
| 11b.  Over 90 days old: _____ − _____ = ·········· ➔ | | | _____ |
| face amount        doubtful or uncollectible accounts | | | |

12.  **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |  |
|---|---|
|  | $0.00 |

## Part 4:  Investments

13.  **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1.  **Blitz Medical Billing LLC** | 20% | | Unknown |
| 15.2.  **Southcross Hospital LLC** | 100% | | $0.00 |

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17.  **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

|  |  |
|---|---|
|  | $0.00 |

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

Debtor    __Arete Healthcare LLC__        Case number (if known) __19-52578__
      Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops--either planted or harvested | | | |
| 29. Farm animals   *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. Farm machinery and equipment (Other than titled motor vehicles) | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | **Arete Healthcare LLC** | Case number (if known) | **19-52578** |
|---|---|---|---|
| | Name | | |

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

See attached exhibit listing all office furniture | | | **$2,500.00**

40. **Office fixtures**

See attached exhibit listing all office fixtures | | | **$515.00**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

See attached exhibit listing all office equipment | | | **$6,823.50**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1. **See attached exhibit listing all office collectibles** | | | **$16.00**

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. | | | **$9,854.50**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1. **Year:1996**
**Make:GMC**
**Model: Mobile Clinic**
**VIN:1GDM7H1M9TJ516266** | | | **$5,000.00**

47.2. **Year:2000**
**Make:MAMM**
**Model: Mobile Clinic**
**VIN:4VZKR1095YC034124** | | | **$13,000.00**

| Debtor | **Arete Healthcare LLC** | Case number (if known) __19-52578__ |
|---|---|---|
| | Name | |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

   **See attached exhibit listing all office machine, fixt
   & equipment** ............................................................  $46,775.00

51. **Total of Part 8.**
   Add lines 47 through 50.  Copy the total to line 87.  | $64,775.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

   ☑ No.  Go to Part 10.
   ☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.  | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

Debtor  **Arete Healthcare LLC** _____  Case number (if known) **19-52578**
Name

61. **Internet domain names and websites**

   See attached list _____  _____  _____  $200.00

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.  |  $200.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☒ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☒ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☒ Yes. Fill in the information below.

   Current value of
   debtor's interest

71. **Notes receivable**

   Description (include name of obligor)

| Schertz-Cibolo Emergency Center LLC | $147,453.26 | – | $0.00 | = ➔ | $147,453.26 |
| | Total face amount | | doubtful or uncollectible amount | | |
| The Emergency Clinic of Floresville, LLC | $40,138.31 | – | $0.00 | = ➔ | $40,138.31 |
| | Total face amount | | doubtful or uncollectible amount | | |
| Blitz Medical Billing | $60,000.00 | – | $0.00 | = ➔ | $60,000.00 |
| | Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

75. **Other contingent and unliquidated claims or causes of action of every nature,**
   **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.  |  $247,591.57

Debtor    **Arete Healthcare LLC**                                    Case number (if known)  **19-52578**
　　　　　　Name

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
  ☑ No
  ☐ Yes

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,424.55 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,854.50 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $64,775.00 | |
| 88.  **Real property.** *Copy line 56, Part 9.* ➔ | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $200.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $247,591.57 | |
| 91.  **Total.**  Add lines 80 through 90 for each column.   91a. | $325,845.62 | + 91b. $0.00 |

92.  **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................... $325,845.62

**Fill in this information to identify the case:**

Debtor name    __Arete Healthcare LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number   __19-52578__
(if known)

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.   Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2.   List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
Canon Financial Services, Inc.

Creditor's mailing address
158 Gaither Dr., Ste. 200
P.O. Box 5008

Mount Laurel    NJ    08054

Creditor's email address, if known
_____

Date debt was incurred   _____

Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

**Security System/Cameras**

Describe the lien

**Business debt**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$35,266.88      $500.00

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$9,278,011.73

| Debtor | Arete Healthcare LLC | Case number (if known) | 19-52578 |

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2**

Creditor's name
**Frost Bank**

Creditor's mailing address
**111 W. Houston St.**
**P.O. Box 1600**

**San Antonio        TX    78296**

Creditor's email address, if known

Date debt was incurred    **10/17/17**

Last 4 digits of account number    **9   0   0   1**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**all assets**

Describe the lien

**Business Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$925,842.85        $5,596,227.98

**2.3**

Creditor's name
**Frost Bank**

Creditor's mailing address
**111 W. Houston St.**

**San Antonio        TX    78205**

Creditor's email address, if known

Date debt was incurred    **10/17/17**

Last 4 digits of account number    **9   0   0   8**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**all assets**

Describe the lien

**Business Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,000,000.00        $5,596,227.98

Debtor  __Arete Healthcare LLC_____  Case number (if known) __19-52578_____

| **Part 1:** | **Additional Page** | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

---

**2.4**  Creditor's name
__Frost Bank_____

Creditor's mailing address
__111 W. Houston St._____

_____

__San Antonio_____TX____78205_____

Creditor's email address, if known

_____

Date debt was incurred  __10/17/17_____

Last 4 digits of account
number  __9__ __0__ __0__ __7__

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is
subject to a lien

all assets

Describe the lien

__Business Loan__

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,500,000.00    $5,596,227.98

---

**2.5**  Creditor's name
__Frost Bank_____

Creditor's mailing address
__111 W. Houston St._____

_____

__San Antonio_____TX____78205_____

Creditor's email address, if known

_____

Date debt was incurred  __10/17/17_____

Last 4 digits of account
number  __9__ __0__ __0__ __5__

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is
subject to a lien

all assets

Describe the lien

__Business Loan__

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,816,902.00    $5,596,227.98

---

Debtor __Arete Healthcare LLC_____  Case number (if known) __19-52578____

## Part 1:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.6** Creditor's name
__Highland Capital Corporation__

Creditor's mailing address
__5 Center Avenue__

_____

__Little Falls        NJ    07424__

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number                ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

　　☐ No.  Specify each creditor, including this
　　creditor, and its relative priority.

　　☐ Yes.  The relative priority of creditors is
　　specified on lines _____

Describe debtor's property that is
subject to a lien

**ISTAT Machine**

Describe the lien

**Equipment Financing**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Unknown | $0.00 |
|---|---|

| Debtor | Arete Healthcare LLC | Case number (if known) 19-52578 |
|---|---|---|

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Leslie Luttrell<br>Luttrell+Carmody Law Group<br>One International Centre<br>100 NE Loop 410, Suite 615<br>San Antonio    TX    78216 | Line  2.5 | ___ ___ ___ ___ |
| Leslie Luttrell<br>Luttrell+Carmody Law Group<br>One International Centre<br>100 NE Loop 410, Suite 615<br>San Antonio    TX    78216 | Line  2.4 | ___ ___ ___ ___ |
| Leslie Luttrell<br>Luttrell+Carmody Law Group<br>One International Centre<br>100 NE Loop 410, Suite 615<br>San Antonio    TX    78216 | Line  2.3 | ___ ___ ___ ___ |
| Leslie Luttrell<br>Luttrell+Carmody Law Group<br>One International Centre<br>100 NE Loop 410, Suite 615<br>San Antonio    TX    78216 | Line  2.2 | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    __Arete Healthcare LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number   __19-52578__
(if known)

☐ Check if this is an
    amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ☑ No. Go to Part 2.
     ☐ Yes. Go to line 2.

2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____

_____

_____

_____

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | **Arete Healthcare LLC** | Case number (if known) | **19-52578** |
|---|---|---|---|

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | |
|---|---|
| **3.1** Nonpriority creditor's name and mailing address | Amount of claim |

**3.1** Nonpriority creditor's name and mailing address

**Adobe Systems, Inc.**

**345 Park Avenue**

**San Antonio**          CA      95110-2704

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$502.00**

---

**3.2** Nonpriority creditor's name and mailing address

**ADT Security**

**1 Town Center Road**

**Boca Raton**          FL      33486

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$210.51**

---

**3.3** Nonpriority creditor's name and mailing address

**AFLAC**

**1932 Wynnton Road**

**Columbus**          GA      31999

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,170.00**

---

**3.4** Nonpriority creditor's name and mailing address

**AT&T**

**208 S. Akard St.**

**Dallas**          TX      75202

Date or dates debt was incurred    **Various**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business phones**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,944.00**

| Debtor | Arete Healthcare LLC | Case number (if known) | 19-52578 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $393.00 |
|---|---|---|---|

Bio Medical Waste Solutions

P.O. Box 1147

☐ Contingent
☐ Unliquidated
☐ Disputed

Port Neches     TX     77651

**Basis for the claim:**
Business debt

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,989.98 |
|---|---|---|---|

Central Mutual Insurance

7301 State Hwy.161

☐ Contingent
☐ Unliquidated
☐ Disputed

Irving     TX     75039

**Basis for the claim:**
Insurance services

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,024.79 |
|---|---|---|---|

CPS

-Bankruptcy Section

145 Navarro, Mail Drop 110910

☐ Contingent
☐ Unliquidated
☐ Disputed

San Antonio     TX     78205

**Basis for the claim:**
Electricity

Date or dates debt was incurred

Last 4 digits of account number 3 8 8 1

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,740.00 |
|---|---|---|---|

Digital Defense, Inc.

9000 Tesoro Drive, Ste. 100

☐ Contingent
☐ Unliquidated
☐ Disputed

San Antonio     TX     78217

**Basis for the claim:**
Business debt

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Arete Healthcare LLC | Case number (if known) | 19-52578 |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

### 3.9  Nonpriority creditor's name and mailing address

Dish Network-EF

9601 South Meridian Blvd.

Englewood                     CO      80112

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$350.00

### 3.10  Nonpriority creditor's name and mailing address

Docutap, Inc.

101 S. Phillips Ave. #300

Sioux Falls                    SD      57104

Date or dates debt was incurred _____

Last 4 digits of account number  X  0  5  5

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,232.69

### 3.11  Nonpriority creditor's name and mailing address

First American Vendor Finance

255 Woodcliff Dr.

Fairport                       NY      14450

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Equipment Lease**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

### 3.12  Nonpriority creditor's name and mailing address

Green Capital Funding LLC

30 Broad St., Suite 14108

New York                       NY      10004

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$540,000.00

| Debtor | **Arete Healthcare LLC** | Case number (if known) | **19-52578** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** Nonpriority creditor's name and mailing address

Image First

P.O. Box 61323

King of Prussia          PA      19406

Date or dates debt was incurred

Last 4 digits of account number      h   0   7   0

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$94.02

---

**3.14** Nonpriority creditor's name and mailing address

ITSC

614 W. French Place

San Antonio          TX      78212

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,532.00

---

**3.15** Nonpriority creditor's name and mailing address

Lockaway Storage

7858 E. Evans Rd.

San Antonio          TX      78266

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business storage**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,404.00

---

**3.16** Nonpriority creditor's name and mailing address

NEC - Natl Reg'd Agents

1999 Bryan St. - Ste. 900

Dallas          TX      75201-3136

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

| Debtor | Arete Healthcare LLC | Case number (if known) | 19-52578 |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

Network Box USA

2825 Wilcrest Dr., #259

Houston                TX     77042

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Lease

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.18** Nonpriority creditor's name and mailing address

Nextiva Voice Service

8800 E. Chaparral Rd. Suite 300

Scottsdale              AZ     85250

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business debt

Is the claim subject to offset?
☑ No
☐ Yes

$807.00

---

**3.19** Nonpriority creditor's name and mailing address

Norcal Group

7600 N. Capital of TX Hwy

Austin                  TX     78731

Date or dates debt was incurred

Last 4 digits of account number  0  4  1  N

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business debt

Is the claim subject to offset?
☑ No
☐ Yes

$2,398.00

---

**3.20** Nonpriority creditor's name and mailing address

Northland Cable Ventures

515 W. Tyler

Mexia                   TX     76667

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business debt

Is the claim subject to offset?
☑ No
☐ Yes

$354.00

---

| Debtor | Arete Healthcare LLC | Case number (if known) | 19-52578 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21** Nonpriority creditor's name and mailing address

Pegasus MSO, LLC

1314 W. McDermott Dr.

Ste. 106-517

Allen          TX     75013

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$18,498.38

---

**3.22** Nonpriority creditor's name and mailing address

Platinum Rapid Funding Group Ltd

348 RXR Plaza

Uniondale          NY     11556

Date or dates debt was incurred    6/7/19

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$416,150.00

---

**3.23** Nonpriority creditor's name and mailing address

Platinum Rapid Funding Group, Ltd.

348 RXR Plaza

Uniondale          NY     11556

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$141,050.00

---

**3.24** Nonpriority creditor's name and mailing address

Region Capital

323 Sunny Isles Blvd.

Suite 501

Sunny Isles          FL     33160

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: **Business debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

$374,750.00

---

Debtor __Arete Healthcare LLC_____  Case number (if known) __19-52578____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

$127.04

__SAWS__

☐ Contingent
☐ Unliquidated
☐ Disputed

__2800 US Hwy 281 N__

Basis for the claim:

__San Antonio_____ TX____78212__  __Water_____

Date or dates debt was incurred _____  Is the claim subject to offset?

Last 4 digits of account number  __0  0  0  2__  ☑ No  ☐ Yes

**3.26** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

$1,305,148.20

__Schertz-Cibolo Emergency Center LLC__

☐ Contingent
☐ Unliquidated
☐ Disputed

__P.O. Box 15308__

Basis for the claim:

__San Antonio_____ TX____78212__  __Intercompany loan____

Date or dates debt was incurred _____  Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __  ☑ No  ☐ Yes

**3.27** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

$7,610.68

__South Park Properties SM__

☐ Contingent
☐ Unliquidated
☐ Disputed

__100 Mackey Drive__

Basis for the claim:

__San Antonio_____ TX____78213__  __Business debt_____

Date or dates debt was incurred _____  Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __  ☑ No  ☐ Yes

**3.28** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.

$371.85

__Spectrum__

☐ Contingent
☐ Unliquidated
☐ Disputed

__4145 S. Falkenburg Rd.__

Basis for the claim:

__Riverview_____ FL____33578-8652__  __Internet services____

Date or dates debt was incurred  __Various____  Is the claim subject to offset?

Last 4 digits of account number  __6  8  4  1__  ☑ No  ☐ Yes

| Debtor | Arete Healthcare LLC | Case number (if known) | 19-52578 |
|---|---|---|---|

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29** Nonpriority creditor's name and mailing address

Stewart & Stevenson

5717 I-10

San Antonio        TX      78219

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business debt

Is the claim subject to offset?
☒ No
☐ Yes

$41,968.31

---

**3.30** Nonpriority creditor's name and mailing address

TIAA Finance

P.O. Box 911608

Denver        CO      80291-1608

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business debt

Is the claim subject to offset?
☒ No
☐ Yes

$4,820.32

---

**3.31** Nonpriority creditor's name and mailing address

Tracksmart

HRdirect

3300 Gateway Drive

Pompano Beach        FL      33069

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business software

Is the claim subject to offset?
☒ No
☐ Yes

$49.00

---

**3.32** Nonpriority creditor's name and mailing address

WG Capital

1734 8th Ave.

Suite PH

Brooklyn        NY      11215

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Business debt / AR Factoring

Is the claim subject to offset?
☒ No
☐ Yes

$449,700.00

---

Debtor  __Arete Healthcare LLC_____  Case number (if known) __19-52578_____

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.  **Total claims from Part 1**          5a.  _____**$0.00**_

5b.  **Total claims from Part 2**          5b. **+** _____**$3,325,389.77**_

5c.  **Total of Parts 1 and 2**           5c.  _____**$3,325,389.77**_
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    **Arete Healthcare LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number   **19-52578**       Chapter    **11**
(if known)

☐ Check if this is an
    amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

                                                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.1   State what the contract    ☐                            **See Exhibit**
      or lease is for and the
      nature of the debtor's
      interest

      State the term remaining    _____

      List the contract
      number of any    _____
      government contract

**Fill in this information to identify the case:**

Debtor name __Arete Healthcare LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number __19-52578__
(if known)

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Brian Johnson | 153 E. Rosewood Ave. <br> Number  Street <br><br> San Antonio  TX  78212 <br> City  State  ZIP Code | Green Capital Funding LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 Brian Johnson | 153 E. Rosewood Ave. <br> Number  Street <br><br> San Antonio  TX  78212 <br> City  State  ZIP Code | Platinum Rapid Funding Group Ltd | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 Brian Johnson | 153 E. Rosewood Ave. <br> Number  Street <br><br> San Antonio  TX  78212 <br> City  State  ZIP Code | Region Capital | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4 Brian Johnson | 153 E. Rosewood Ave. <br> Number  Street <br><br> San Antonio  TX  78212 <br> City  State  ZIP Code | WG Capital | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor    **Arete Healthcare LLC**            Case number (if known)   **19-52578**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.5 | Brian Johnson | 153 E. Rosewood Ave. <br> Number    Street <br><br> San Antonio    TX   78212 <br> City          State   ZIP Code | Frost Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Joel Kay | P.O. 593075 <br> Number    Street <br><br> San Antonio    TX   78259 <br> City          State   ZIP Code | Green Capital Funding LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.7 | Joel Kay | P.O. Box 593075 <br> Number    Street <br><br> San Antonio    TX   78259 <br> City          State   ZIP Code | Platinum Rapid Funding Group Ltd | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.8 | Joel Kay | P.O. Box 593075 <br> Number    Street <br><br> San Antonio    TX   78259 <br> City          State   ZIP Code | Region Capital | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.9 | Joel Kay | P.O. Box 593075 <br> Number    Street <br><br> San Antonio    TX   78259 <br> City          State   ZIP Code | WG Capital | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.10 | Joel Kay | P. O. Box 593075 <br> Number    Street <br><br> San Antonio    TX   78259 <br> City          State   ZIP Code | Frost Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.11 | Schertz-Cibolo Emergency Center LLC | P.O. Box 15308 <br> Number    Street <br><br> San Antonio    TX   78212 <br> City          State   ZIP Code | Green Capital Funding LLC | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor    **Arete Healthcare LLC**               Case number (if known)   **19-52578**

██ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.12 | Schertz-Cibolo Emergency Center LLC | P.O. Box 15308 <br> Number   Street <br><br> San Antonio   TX   78212 <br> City    State   ZIP Code | Platinum Rapid Funding Group Ltd | ☐ D   ☑ E/F   ☐ G |
| 2.13 | Schertz-Cibolo Emergency Center LLC | P.O. Box 15308 <br> Number   Street <br><br> San Antonio   TX   78212 <br> City    State   ZIP Code | Region Capital | ☐ D   ☑ E/F   ☐ G |
| 2.14 | Schertz-Cibolo Emergency Center LLC | P.O. Box 15308 <br> Number   Street <br><br> San Antonio   TX   78212 <br> City    State   ZIP Code | WG Capital | ☐ D   ☑ E/F   ☐ G |
| 2.15 | Schertz-Cibolo Emergency Center LLC | P.O. Box 15308 <br> Number   Street <br><br> San Antonio   TX   78212 <br> City    State   ZIP Code | Frost Bank | ☑ D   ☐ E/F   ☐ G |
| 2.16 | Southcross Hospital, LLC | 4243 Southcross, Ste. 100 <br> Number   Street <br><br> San Antonio   TX   78222 <br> City    State   ZIP Code | Green Capital Funding LLC | ☐ D   ☑ E/F   ☐ G |
| 2.17 | The Emergency Clinic of Floresville LLC | P.O. Box 15308 <br> Number   Street <br><br> San Antonio   TX   78212 <br> City    State   ZIP Code | Green Capital Funding LLC | ☐ D   ☑ E/F   ☐ G |
| 2.18 | The Emergency Clinic of Floresville LLC | P.O. Box 15308 <br> Number   Street <br><br> San Antonio   TX   78212 <br> City    State   ZIP Code | Platinum Rapid Funding Group Ltd | ☐ D   ☑ E/F   ☐ G |

Debtor   __Arete Healthcare LLC_____   Case number (if known) __19-52578_____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.19 | The Emergency Clinic of Floresville LLC | P.O. Box 15308 <br> Number   Street <br><br> San Antonio   TX   78212 <br> City   State   ZIP Code | Region Capital | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.20 | The Emergency Clinic of Floresville LLC | P.O. Box 15308 <br> Number   Street <br><br> San Antonio   TX   78212 <br> City   State   ZIP Code | WG Capital | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.21 | The Emergency Clinic of Floresville LLC | P.O. Box 15308 <br> Number   Street <br><br> San Antonio   TX   78212 <br> City   State   ZIP Code | Frost Bank | ☑ D <br> ☐ E/F <br> ☐ G |

---

**Fill in this information to identify the case:**

Debtor Name    <u>Arete Healthcare LLC</u>

United States Bankruptcy Court for the:    **WESTERN DISTRICT OF TEXAS**

Case number (if known):    <u>19-52578</u>

☐ Check if this is an amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from Schedule A/B...................................................................

        **$0.00**

     1b. **Total personal property:**
        Copy line 91A from Schedule A/B..............................................................

        **$325,845.62**

     1c. **Total of all property**
        Copy line 92 from Schedule A/B................................................................

        **$325,845.62**

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.....................................

   **$9,278,011.73**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F..................................................

        **$0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F..............................

        **+ $3,325,389.77**

4. **Total liabilities**
   Lines 2 + 3a + 3b.....................................................................................................

   **$12,603,401.50**

---

**Fill in this information to identify the case and this filing:**

Debtor Name  __Arete Healthcare LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number  __19-52578__
(if known)

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Pa·03/9__          X _____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                 **Brian Johnson**
                                 Printed name

                                 **President**
                                 Position or relationship to debtor

## ARETE HEALTHCARE LLC

# EXHIBIT TO SCHEDULE A/B
# PARTS 7 AND 8

**OFFICE FURNITURE, FIXTURES, OFFICE EQUIPMENT, COLLECTIBLES, AND OTHER EQUIPMENT**

Exhibit to Part 7 and 8 (Arete)

**Part 7**
Office Furniture

| Type of Property Description | Depreciation Schedule Available: Y/N | Professional Appraisal in Last Year: Y/N | Valuation Method | Current Value |
|---|---|---|---|---|
| Cabinet | No | No | Cost Approach | 6.00 |
| Cabinet, Metal | No | No | Cost Approach | 20.00 |
| Cabinet, Small | No | No | Cost Approach | 2.00 |
| Cabinet, Stainless Steel | No | No | Cost Approach | 45.00 |
| Cabinet, Stainless Steel | No | No | Cost Approach | 45.00 |
| Chair, Leather | No | No | Cost Approach | 20.00 |
| Chair, Leather | No | No | Cost Approach | 20.00 |
| Chair, Patient Recliner | No | No | Cost Approach | 175.00 |
| Chair, Plastic | No | No | Cost Approach | 5.00 |
| Chair, Plastic | No | No | Cost Approach | 5.00 |
| Chairs (14) | No | No | Cost Approach | 3.50 |
| Conference Table - Custom | No | No | Cost Approach | - |
| Couch | No | No | Cost Approach | 160.00 |
| Couch | No | No | Cost Approach | 0.25 |
| Couch | No | No | Cost Approach | 0.25 |
| Desk | No | No | Cost Approach | 1.00 |
| Desk | No | No | Cost Approach | 1.00 |
| Desk | No | No | Cost Approach | 1.00 |
| Desk w/ Cabinets - Riverside | No | No | Cost Approach | 550.00 |
| Desk w/ Cabinets - Riverside | No | No | Cost Approach | 550.00 |
| Desk, Treadmill Workstation | No | No | Cost Approach | 90.00 |
| Easel | No | No | Cost Approach | 2.00 |
| Easel | No | No | Cost Approach | 2.00 |
| Easel | No | No | Cost Approach | 2.00 |
| End Table | No | No | Cost Approach | 0.50 |
| End Table | No | No | Cost Approach | 0.50 |
| Filing Cabinet - 2 Drawer | No | No | Cost Approach | 15.00 |
| Filing Cabinet - 2 Drawer w/ Upper | No | No | Cost Approach | 85.00 |
| Filing Cabinet - 3 Drawer - Wood | No | No | Cost Approach | 90.00 |

| Item | | | | Value |
|---|---|---|---|---|
| Filing Cabinet - 4 Drawer | No | No | Cost Approach | 35.00 |
| Filing Cabinet - 4 Drawer | No | No | Cost Approach | 25.00 |
| Filing Cabinet - 4 Drawer | No | No | Cost Approach | 25.00 |
| Filing Cabinet - 4 Drawer | No | No | Cost Approach | 25.00 |
| Filing Cabinet - 4 Drawer | No | No | Cost Approach | 25.00 |
| Filing Cabinet - 4 Drawer | No | No | Cost Approach | 25.00 |
| Filing Cabinet - 4 Drawer | No | No | Cost Approach | 25.00 |
| Lamp | No | No | Cost Approach | 5.00 |
| Lamp | No | No | Cost Approach | 5.00 |
| Lockers, Metal 1x2 (44) | No | No | Cost Approach | 50.00 |
| Lockers, Metal 5x3 | No | No | Cost Approach | 45.00 |
| Mat, Floor | No | No | Cost Approach | 4.00 |
| Office Chair | No | No | Cost Approach | 1.00 |
| Office Chair | No | No | Cost Approach | 1.00 |
| Office Chair | No | No | Cost Approach | 1.00 |
| Office Chair | No | No | Cost Approach | 1.00 |
| Office Chair | No | No | Cost Approach | 1.00 |
| Office Chair | No | No | Cost Approach | 1.00 |
| Office Chair | No | No | Cost Approach | 1.00 |
| Office Chair | No | No | Cost Approach | 1.00 |
| Office Chair | No | No | Cost Approach | 5.00 |
| Office Chair | No | No | Cost Approach | 5.00 |
| Office Chair | No | No | Cost Approach | 5.00 |
| Office Chair | No | No | Cost Approach | 5.00 |
| Office Chair | No | No | Cost Approach | 5.00 |
| Office Chair | No | No | Cost Approach | 1.00 |
| Office Chair | No | No | Cost Approach | 1.00 |
| Office Chair | No | No | Cost Approach | 1.00 |
| Office Chair | No | No | Cost Approach | 0.50 |
| Office Chair | No | No | Cost Approach | 0.50 |
| Office Chair | No | No | Cost Approach | 5.00 |
| Office Chair | No | No | Cost Approach | 5.00 |
| Office Chairs (17) | No | No | Cost Approach | 2.00 |
| Overbed Table | No | No | Cost Approach | 0.25 |
| Overbed Table | No | No | Cost Approach | 0.25 |
| Overbed Table | No | No | Cost Approach | 0.25 |
| Overbed Table | No | No | Cost Approach | 0.25 |
| Overbed Table | No | No | Cost Approach | 0.25 |
| Overbed Table | No | No | Cost Approach | 0.25 |
| Overbed Table | No | No | Cost Approach | 0.25 |
| Rug | No | No | Cost Approach | 15.00 |
| Rug | No | No | Cost Approach | 0.25 |
| Rug | No | No | Cost Approach | 10.00 |
| Shelf | No | No | Cost Approach | 1.00 |
| Shelf | No | No | Cost Approach | 1.00 |

| | | | |
|---|---|---|---|
| Shelf, Document Organizer | No | No | Cost Approach | 12.00 |
| Shelf, Plastic | No | No | Cost Approach | 2.00 |
| Step Stool, Metal | No | No | Cost Approach | 5.00 |
| Step Stool, Metal | No | No | Cost Approach | 5.00 |
| Step Stool, Metal | No | No | Cost Approach | 5.00 |
| Step Stool, Metal | No | No | Cost Approach | 5.00 |
| Step Stool, Metal | No | No | Cost Approach | 5.00 |
| Step Stool, Metal | No | No | Cost Approach | 5.00 |
| Step Stool, Metal | No | No | Cost Approach | 5.00 |
| Wire Rack, Metal - Large | No | No | Cost Approach | 20.00 |
| Wire Rack, Metal - Large | No | No | Cost Approach | 20.00 |
| Wire Rack, Metal - Large | No | No | Cost Approach | 20.00 |
| Wire Rack, Metal - Large | No | No | Cost Approach | 20.00 |
| Wire Rack, Metal - Large | No | No | Cost Approach | 20.00 |
| Wire Rack, Metal - Large | No | No | Cost Approach | 20.00 |
| Wire Rack, Metal - Large | No | No | Cost Approach | 20.00 |
| Wire Rack, Metal - Large | No | No | Cost Approach | 20.00 |
| Wire Rack, Metal - Large | No | No | Cost Approach | 20.00 |
| Wire Rack, Metal - Small | No | No | Cost Approach | 0.50 |
| Wood Lockers 1x10 | No | No | Cost Approach | 5.00 |
| Wood Lockers 1x11 | No | No | Cost Approach | 5.00 |
| Wood Lockers 1x12 | No | No | Cost Approach | 5.00 |
| Wood Lockers 1x13 | No | No | Cost Approach | 5.00 |
| Wood Lockers 1x14 | No | No | Cost Approach | 5.00 |
| Wood Lockers 1x2 | No | No | Cost Approach | 5.00 |
| Wood Lockers 1x3 | No | No | Cost Approach | 5.00 |
| Wood Lockers 1x4 | No | No | Cost Approach | 5.00 |
| Wood Lockers 1x5 | No | No | Cost Approach | 5.00 |
| Wood Lockers 1x6 | No | No | Cost Approach | 5.00 |
| Wood Lockers 1x7 | No | No | Cost Approach | 5.00 |
| Wood Lockers 1x8 | No | No | Cost Approach | 5.00 |
| Wood Lockers 1x9 | No | No | Cost Approach | 5.00 |
| Curtain Track | No | No | Cost Approach | 5.00 |
| Curtain Track | No | No | Cost Approach | 5.00 |
| Curtain Track | No | No | Cost Approach | 5.00 |
| Curtain Track | No | No | Cost Approach | 5.00 |

**Office Fixtures**

**Total** 2,500.00

**Office Equipment (include computer equipment, communication systems equipment, and software)**

| Item | | | |
|---|---|---|---|
| Curtain Track | No | No | Cost Approach | 5.00 |
| Door, Wood Solid Core | No | No | Cost Approach | 25.00 |
| Door, Wood Solid Core | No | No | Cost Approach | 25.00 |
| Door, Wood Solid Core | No | No | Cost Approach | 25.00 |
| Door, Wood Solid Core | No | No | Cost Approach | 25.00 |
| Fire Extinguser Cabinet | No | No | Cost Approach | 35.00 |
| Fire Extinguser Cabinet | No | No | Cost Approach | 35.00 |
| Fire Extinguser Cabinet | No | No | Cost Approach | 35.00 |
| Fire Extinguser Cabinet | No | No | Cost Approach | 35.00 |
| Fire Extinguser Cabinet | No | No | Cost Approach | 35.00 |
| Projection Screen | No | No | Cost Approach | 20.00 |
| Seamless Vinyl Flooring Roll - 8' x ? | No | No | Cost Approach | 5.00 |
| Seamless Vinyl Flooring Roll - 8' x ? | No | No | Cost Approach | 5.00 |
| Seamless Vinyl Flooring Roll - 8' x ? | No | No | Cost Approach | 5.00 |
| Seamless Vinyl Flooring Roll - 8' x ? | No | No | Cost Approach | 5.00 |
| Seamless Vinyl Flooring Roll - 8' x ? | No | No | Cost Approach | 5.00 |
| TV - Insignia - 32" | No | No | Cost Approach | 10.00 |
| Wall Mount - Patient Monitor - | No | No | Cost Approach | 10.00 |
| Polymount - WM-0013 | No | No | Cost Approach | 18.00 |
| Wall Mount - Patient Monitor - | | | | |
| Polymount - WM-0014 | No | No | Cost Approach | 18.00 |
| Wall Mount - Patient Monitor - | | | | |
| Polymount - WM-0015 | No | No | Cost Approach | 18.00 |
| Wall Mount - Patient Monitor - | | | | |
| Polymount - WM-0016 | No | No | Cost Approach | 18.00 |
| White Board | No | No | Cost Approach | 12.00 |
| White Board | No | No | Cost Approach | 10.00 |
| Coffee Maker, Commercial | No | No | Cost Approach | 5.00 |
| Coffee Maker, Commercial | No | No | Cost Approach | 5.00 |
| Microwave | No | No | Cost Approach | 1.00 |
| Mini Fridge | No | No | Cost Approach | 35.00 |
| Mini Fridge | No | No | Cost Approach | 35.00 |
| Mini Fridge - Igloo | No | No | Cost Approach | 25.00 |
| Mini Fridge - Magic Chef | No | No | Cost Approach | 35.00 |
| **Total** | | | | **515.00** |
| Ladder- 10' | No | No | Cost Approach | 15.00 |

| Item | | | | Amount |
| --- | --- | --- | --- | --- |
| Laptop - Lenovo ThinkPad - E580 | No | No | Cost Approach | 275.00 |
| Laptop - Lenovo ThinkPad - E580 | No | No | Cost Approach | 275.00 |
| Laptop - Lenovo ThinkPad - E580 | No | No | Cost Approach | 275.00 |
| Laptop - Lenovo ThinkPad - L480 | No | No | Cost Approach | 300.00 |
| Laptop - Lenovo ThinkPad - L480 | No | No | Cost Approach | 300.00 |
| Laptop - Lenovo ThinkPad - L480 | No | No | Cost Approach | 300.00 |
| Laptop - Lenovo ThinkPad - L480 | No | No | Cost Approach | 300.00 |
| Laptop - Lenovo ThinkPad - L480 | No | No | Cost Approach | 300.00 |
| Laptop - Lenovo ThinkPad - L480 | No | No | Cost Approach | 300.00 |
| Laptop - Lenovo ThinkPad - L480 | No | No | Cost Approach | 300.00 |
| Laptop - Lenovo ThinkPad - L480 | No | No | Cost Approach | 300.00 |
| Laptop - Lenovo ThinkPad - L480 | No | No | Cost Approach | 300.00 |
| Laptop - Lenovo ThinkPad - L480 | No | No | Cost Approach | 300.00 |
| Laptop - Lenovo ThinkPad - L480 | No | No | Cost Approach | 300.00 |
| Laptop - Lenovo ThinkPad - L480 | No | No | Cost Approach | 300.00 |
| Laptop - Lenovo ThinkPad - T480 | No | No | Cost Approach | 500.00 |
| Laptop - Lenovo ThinkPad - T480 | No | No | Cost Approach | 500.00 |
| Laptop - Lenovo ThinkPad - T480 | No | No | Cost Approach | 500.00 |
| Monitor - Samsung - S22E310 | No | No | Cost Approach | 15.00 |
| Monitor - Samsung - S22E310 | No | No | Cost Approach | 15.00 |
| Monitor - Samsung - S22E310 | No | No | Cost Approach | 15.00 |
| Monitor - Samsung - S22E310 | No | No | Cost Approach | 15.00 |
| Monitor - Samsung - S22E310 | No | No | Cost Approach | 15.00 |
| PC - Asus - M32BF | No | No | Cost Approach | 50.00 |
| PC - Asus - M32BF | No | No | Cost Approach | 50.00 |
| PC - Asus - M32BF | No | No | Cost Approach | 50.00 |
| PC - Asus - M32BF | No | No | Cost Approach | 50.00 |
| PC - Dell OptiPlex 9030 AIO Series | No | No | Cost Approach | 25.00 |
| PC - Lenovo ThinkCentre M73z | No | No | Cost Approach | 25.00 |
| PC - Lenovo ThinkCentre M73z | No | No | Cost Approach | 25.00 |
| PC - Lenovo ThinkCentre M73z | No | No | Cost Approach | 25.00 |
| Phone - Cisco 303 | No | No | Cost Approach | 9.00 |
| Phone - Cisco 303 | No | No | Cost Approach | 9.00 |
| Phone - Cisco 303 | No | No | Cost Approach | 9.00 |
| Phone - Cisco 303 | No | No | Cost Approach | 9.00 |
| Phone - Cisco 303 | No | No | Cost Approach | 9.00 |

| Item | | | | |
|---|---|---|---|---|
| Phone - Cisco 303 | No | No | Cost Approach | 9.00 |
| Phone - Cisco 303 | No | No | Cost Approach | 9.00 |
| Phone - Polycom Soundstation IP | No | No | Cost Approach | 120.00 |
| PoE Switch - 48 Port - Dell Power | No | No | Cost Approach | 25.00 |
| PoE Switch - 48 Port - Dell Power | No | No | Cost Approach | 25.00 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |

| Item | | | | Value |
|------|---|---|---|------:|
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.50 |
| Printer | No | No | Cost Approach | 0.25 |
| Printer | No | No | Cost Approach | 0.25 |
| Printer | No | No | Cost Approach | 0.25 |
| Printer | No | No | Cost Approach | 0.25 |
| Printer | No | No | Cost Approach | 0.25 |
| Printer | No | No | Cost Approach | 0.25 |
| Printer | No | No | Cost Approach | 0.25 |
| Printer | No | No | Cost Approach | - |
| Printer | No | No | Cost Approach | - |
| Printer | No | No | Cost Approach | - |
| Printer - Dell - C2665dnf | No | No | Cost Approach | 95.00 |
| Printer - Pixma | No | No | Cost Approach | 2.00 |
| Projector - Epson | No | No | Cost Approach | 110.00 |
| **Total** | | | | **6,823.50** |

**Collectibles (artwork, books, memorabilia, etc.)**

| Item | | | | Value |
|------|---|---|---|------:|
| Art - Metal Wall Ornament | No | No | Cost Approach | 8.00 |
| Art - Painting/Print | No | No | Cost Approach | 2.00 |
| Art - Painting/Print | No | No | Cost Approach | 2.00 |
| Art - Painting/Print | No | No | Cost Approach | 2.00 |
| Art - Painting/Print | No | No | Cost Approach | 2.00 |
| Art - Print Custom Logos | No | No | Cost Approach | - |
| Art - Print Custom Logos | No | No | Cost Approach | - |
| Art - Print Custom Logos | No | No | Cost Approach | - |
| Art - Print Custom Logos | No | No | Cost Approach | - |
| Art - Print Custom Logos | No | No | Cost Approach | - |
| Art - Print Custom Logos | No | No | Cost Approach | - |
| Art - Print Custom Logos | No | No | Cost Approach | - |
| Art - Print Custom Logos | No | No | Cost Approach | - |
| **Total** | | | | **16.00** |

**Part 8**
**Equipment**

| Item | | | | Value |
|------|---|---|---|------:|
| Bed, Hospital - Hill Rom | No | No | Cost Approach | 600.00 |

| Description | | | | Value |
|---|---|---|---|---|
| Bed, Hospital - Hill Rom | No | No | Cost Approach | 600.00 |
| Bed, Hospital - Hill Rom | No | No | Cost Approach | 600.00 |
| Bed, Hospital - Hill Rom | No | No | Cost Approach | 600.00 |
| Bed, Hospital - Stryker Secure II | No | No | Cost Approach | 650.00 |
| Bed, Hospital - Stryker Secure II | No | No | Cost Approach | 650.00 |
| Cart | No | No | Cost Approach | 5.00 |
| Cart, Medication | No | No | Cost Approach | 40.00 |
| Cart, Mobile Workstation - Jaco | No | No | Cost Approach | 25.00 |
| Mobility - Series Z | | No | Cost Approach | 35.00 |
| Cart, Plastic | No | No | Cost Approach | 35.00 |
| Cart, Plastic | No | No | Cost Approach | 35.00 |
| Cart, Plastic | No | No | Cost Approach | 35.00 |
| Cart, Plastic | No | No | Cost Approach | 35.00 |
| Cart, Plastic | No | No | Cost Approach | 35.00 |
| Cart, Plastic | No | No | Cost Approach | 35.00 |
| Cart, Plastic | No | No | Cost Approach | 35.00 |
| Cart, Plastic | No | No | Cost Approach | 35.00 |
| Cart, Suture | No | No | Cost Approach | 40.00 |
| Cart, Plastic | No | No | Cost Approach | 35.00 |
| Cart, Plastic | No | No | Cost Approach | 35.00 |
| Crash Cart | No | No | Cost Approach | 80.00 |
| Crash Cart | No | No | Cost Approach | 80.00 |
| Crash Cart | No | No | Cost Approach | 80.00 |
| Crash Cart | No | No | Cost Approach | 80.00 |
| Crash Cart | No | No | Cost Approach | 80.00 |
| Crash Cart | No | No | Cost Approach | 80.00 |
| Crash Cart | No | No | Cost Approach | 80.00 |
| Crash Cart | No | No | Cost Approach | 80.00 |
| Crash Cart | No | No | Cost Approach | 80.00 |
| Exam Chair, Podiatry | No | No | Cost Approach | 1,500.00 |
| Exam Table | No | No | Cost Approach | 50.00 |
| Matress, Stretcher | No | No | Cost Approach | 15.00 |
| Matress, Stretcher | No | No | Cost Approach | 15.00 |
| Matress, Stretcher | No | No | Cost Approach | 15.00 |
| Matress, Stretcher | No | No | Cost Approach | 15.00 |
| Matress, Stretcher | No | No | Cost Approach | 15.00 |
| Metal Cart | No | No | Cost Approach | 5.00 |
| Metal Cart | No | No | Cost Approach | 5.00 |
| Metal Cart | No | No | Cost Approach | 5.00 |
| Metal Cart | No | No | Cost Approach | 5.00 |

| Item | | | |
|---|---|---|---|
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Gendron 880 Transport | No | Cost Approach | 20.00 |
| Stretcher - Hill Rom | No | Cost Approach | 150.00 |
| Stretcher - Stryker | No | Cost Approach | 150.00 |
| Stretcher - Stryker | No | Cost Approach | 150.00 |
| Stretcher - Stryker | No | Cost Approach | 150.00 |
| Wheel Chair | No | Cost Approach | 20.00 |
| Wheel Chair | No | Cost Approach | 20.00 |
| Wheel Chair | No | Cost Approach | 20.00 |
| Wheel Chair | No | Cost Approach | 20.00 |
| Wheel Chair | No | Cost Approach | 20.00 |
| Wheel Chair | No | Cost Approach | 20.00 |
| Wheel Chair | No | Cost Approach | 20.00 |
| Blanket Warmer - Blickman | No | Cost Approach | 500.00 |
| BP, DinaMap w/ Stand | No | Cost Approach | 125.00 |
| BP, DinaMap w/ Stand | No | Cost Approach | 125.00 |
| BP, DinaMap w/ Stand | No | Cost Approach | 125.00 |
| BP, DinaMap w/ Stand | No | Cost Approach | 125.00 |
| BP, DinaMap w/ Stand | No | Cost Approach | 125.00 |
| BP, DinaMap w/ Stand | No | Cost Approach | 125.00 |
| Commode, Bedside | No | Cost Approach | 2.00 |
| Data Rack | No | Cost Approach | 80.00 |
| Defibulators - LifePak 12 | No | Cost Approach | 15.00 |
| Defibulators - LifePak 12 | No | Cost Approach | 15.00 |
| Defibulators - LifePak 12 | No | Cost Approach | 15.00 |
| Defibulators - LifePak 12 | No | Cost Approach | 15.00 |

| Item | | | | Value |
|---|---|---|---|---|
| Dolly Cart | No | No | Cost Approach | 90.00 |
| E-Cylinder, Oxygen | No | No | Cost Approach | 25.00 |
| E-Cylinder, Oxygen | No | No | Cost Approach | 25.00 |
| E-Cylinder, Oxygen | No | No | Cost Approach | 25.00 |
| E-Cylinder, Oxygen | No | No | Cost Approach | 25.00 |
| E-Cylinder, Oxygen | No | No | Cost Approach | 25.00 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Exam Light | No | No | Cost Approach | 0.50 |
| Generator | No | No | Cost Approach | 35,000.00 |
| Incubator - Percival 1-36NL | No | No | Cost Approach | 900.00 |
| Infant Warmer System - OHMEDA | No | No | Cost Approach | 0.50 |
| Infant Warmer System - OHMEDA | No | No | Cost Approach | 0.50 |
| Infant Warmer System - OHMEDA | No | No | Cost Approach | 0.50 |
| Intellivue X2 w/ Stand | No | No | Cost Approach | 125.00 |
| IV Pole | No | No | Cost Approach | 5.00 |
| IV Pole | No | No | Cost Approach | 5.00 |
| IV Pole | No | No | Cost Approach | 5.00 |
| IV Pole | No | No | Cost Approach | 5.00 |
| IV Pump | No | No | Cost Approach | 15.00 |
| IV Pump | No | No | Cost Approach | 15.00 |
| IV Pump | No | No | Cost Approach | 15.00 |
| IV Pump | No | No | Cost Approach | 15.00 |
| IV Pump | No | No | Cost Approach | 15.00 |
| IV Pump | No | No | Cost Approach | 15.00 |
| Lift, Bariatric | No | No | Cost Approach | 20.00 |
| Lift, Bariatric | No | No | Cost Approach | 20.00 |
| Lift, Bariatric | No | No | Cost Approach | 20.00 |
| Lift, Bariatric | No | No | Cost Approach | 20.00 |
| Lift, Bariatric | No | No | Cost Approach | 90.00 |

| Item | | | Value |
|---|---|---|---|
| Lift, Standup - Reliant 350 | No | Cost Approach | 85.00 |
| Light, Portable Procedure - | No | Cost Approach | 60.00 |
| Light, Portable Procedure - Welch | No | Cost Approach | 60.00 |
| Light, Portable Surgery - Steris | No | Cost Approach | 90.00 |
| Mayo Stand, Metal | No | Cost Approach | 10.00 |
| Patient Monitor - Dash 3000 w/ | No | Cost Approach | 200.00 |
| Patient Monitor - Dash 3000 w/ | No | Cost Approach | 200.00 |
| Patient Monitor - Dash 3000 w/ | No | Cost Approach | 200.00 |
| Patient Monitor - Dash 3000 w/ | No | Cost Approach | 150.00 |
| Patient Monitor - Edwards | No | Cost Approach | 55.00 |
| Lifesciences - Vigilance II | No | Cost Approach | 5.00 |
| Scale, Beam | No | Cost Approach | 5.00 |
| Scale, Beam | No | Cost Approach | 5.00 |
| Scale, Digital | No | Cost Approach | 5.00 |
| Scale, Digital | No | Cost Approach | 35.00 |
| Stand, Rolling - Polymount - RS- | No | Cost Approach | 35.00 |
| Stand, Rolling - Polymount - RS- | No | Cost Approach | 35.00 |
| Stand, Rolling - Polymount - RS- | No | Cost Approach | 35.00 |
| Stand, Rolling - Polymount - RS- | No | Cost Approach | 35.00 |
| Stand, Rolling - Polymount - RS- | No | Cost Approach | 20.00 |
| Vacuum Pump, Portable | No | Cost Approach | 20.00 |
| Vacuum Pump, Portable | No | Cost Approach | 20.00 |
| Vacuum Pump, Portable | No | Cost Approach | 20.00 |
| Vacuum Pump, Portable | No | Cost Approach | 20.00 |
| Vacuum Pump, Portable | No | Cost Approach | 40.00 |
| Veinviewer - Luminetx | No | Cost Approach | 40.00 |
| Veinviewer - Luminetx | No | Cost Approach | 15.00 |
| Ventilator | No | Cost Approach | 15.00 |
| Ventilator | No | Cost Approach | 5.00 |
| Walker, Medical Two Fold | No | Cost Approach | 5.00 |
| Walker, Medical Two Fold | No | Cost Approach | 5.00 |
| Walker, Medical Two Fold | No | Cost Approach | 5.00 |
| Walker, Medical Two Fold | No | Cost Approach | 5.00 |
| Walker, Medical Two Fold | No | Cost Approach | 5.00 |
| Walker, Medical Two Fold | No | Cost Approach | 5.00 |
| Walker, Medical Two Fold | No | Cost Approach | 5.00 |
| Walker, Medical Two Fold | No | Cost Approach | 5.00 |

Total

| | | | | |
|---|---|---|---|---|
| Walker, Medical Two Fold | No | No | Cost Approach | 5.00 |
| Walker, Medical Two Fold | No | No | Cost Approach | 5.00 |
| Walker, Medical Two Fold | No | No | Cost Approach | 5.00 |
| Walker, Medical Two Fold | No | No | Cost Approach | 5.00 |
| Walker, Medical Two Fold | No | No | Cost Approach | 5.00 |
| Walker, Medical Two Fold | No | No | Cost Approach | 5.00 |
| Walker, Medical Two Fold | No | No | Cost Approach | 5.00 |

46,775.00

ARETE HEALTHCARE LLC

# EXHIBIT TO PART 10
# QUESTION 61

| Type of Property | Description |
| --- | --- |
| | |

Internet domain names and websites

**All of these domains are linked to Joels main Go-Daddy Account**

areteurgentcare.com

fossilcreekurgentcare.com

floresvillehealth.com

eaglefordhealth.com

alamocare.net

alamocare.com

alamocare.org

alamocare.info

schertzerclinic.com

ciboloer.com

southcrosshealth.com

schertzhealth.com

aretehealthsystem.com

aretehealthsystems.com

southcrosshospital.com

southmedhealth.com

tejasurgentcare.com

**ARETE HEALTHCARE LLC**

# EXHIBIT G

| Description of Lease or Contract | Nature of Debtors Interest | Name & Address of Other Party or Parties | Date Lease or Contract Expires |
|---|---|---|---|
| Equipment Lease | Lessee | NEC Financial Services LLC<br>250 Pehle Ave., Ste. 704<br>Saddle Brook, NJ 07663 | 9/28/2023 |
| Equipment Lease | Lessee | TIAA Commercial Finance, Inc.<br>P.O. Box 911608<br>Denver, CO 80291 | 12/21/2020 |
| Equipment Service Agreement | Equipment lessee | Xerox<br>P.O. Box 205354<br>Dallas TX 75320-5354 | 12/21/2020 |
| Lease | Lessee | South Park Properties<br>100 Mackey Dr.<br>San Antonio, TX 78213 | 6/15/2020 |
| Practice Mangement Software Agreement | | Docutap, Inc.<br>101 S. Phillips Ave., Ste. 300<br>Sioux Falls, SD 57104 | 7/30/2020 |
| | | CareFusion Solutions, LLC<br>3750 Torrey View Court<br>San Diego, CA 92130 | |
| Equipment Lease | Lessee | Image First<br>P.O. Box 61323<br>King of Prussia, PA 19406 | 3/1/2024 |
| | | Nextiva<br>8800 E. Chaparral Rd., Ste. 300<br>Scottsdale, AZ 85250 | |

| Agreement | Party | Notice/Date |
|---|---|---|
|  | BioMedical Waste Solutions, P.O. Box 1147, Port Neches, TX 77651 |  |
| PEO Agreement | SWBC Professional Employer Services III, LLC, 9311 San Pedro Ave., Ste. 500, San Antonio, TX 78216 |  |
| Master Services Agreement | Network Alliance, 4242 Medical Dr., Ste. 5250, San Antonio, TX 78229 | 30 days written notice |
| Preventive, Chronic, Behavioral, Telehealth, and Transitional Care Service Agreement | 24 Our Care, 15594 Overlook Dr., Skiatook, OK 74070 | 9/18/2020 |
| Billing Agreement | RSHCHO, 611 West St. Elmo, Austin, TX 78748 |  |
| Insurance | NORCAL Group, P.O. Box, San Francisco, CA 94139-8054 |  |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Arete Healthcare LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-52578** |

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1: Income

1. **Gross revenue from business**

   ☐ None

   Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

   Sources of revenue
   Check all that apply.

   Gross revenue (before deductions and exclusions

   | | | | | | | Gross revenue |
   |---|---|---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From **01/01/2019**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | | **$360,000.00** |
   | For prior year: | From **01/01/2018**<br>MM / DD / YYYY | to | **12/31/2018**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | | **$527,879.00** |
   | For the year before that: | From **01/01/2017**<br>MM / DD / YYYY | to | **12/31/2017**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | | **$245,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

---

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

   | | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | **See attached**<br>Creditor's name<br><br>Street<br><br><br>City                State    ZIP Code | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

---

| Debtor | **Arete Healthcare LLC** | | Case number (if known) | **19-52578** |
|---|---|---|---|---|
| | Name | | | |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

### Part 3: Legal Actions or Assignments

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Donald M. Crawford v. The Emergency Clinic of Floresville LLC, Floresville Emergency Physicians PLLC, Arete Health System LLC, Brian Johnson and Joel Kay** | **Breach of contract, common law fraud, breach of fidiciary duty, unjust enrichment, tortious interference** | **Bexar County District Court** <br> Name <br><br> Street <br><br> City State ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> **2019-CI-08939** | | | |

**8.** **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Arete Healthcare LLC | Case number (if known) | 19-52578 |
|---|---|---|---|
| | Name | | |

## Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

## Part 5: Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Langley & Banack, Inc.** | | 8/26/19 | $25,000.00 |

Address

**745 E. Mulberry, Ste. 700**
Street

**San Antonio**      **TX**   **78212**
City                        State      ZIP Code

Email or website address

Who made the payment, if not debtor?

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Debtor | Arete Healthcare LLC | Case number (if known) | 19-52578 |
|---|---|---|---|
| | Name | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | 22100 Bulverde Rd., Ste. 108 | | From  11/30/2014 | To  11/30/2019 |
| | Street | | | |
| | San Antonio | TX    78259 | | |
| | City | State   ZIP Code | | |

## Part 8:  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■  diagnosing or treating injury, deformity, or disease, or
- ■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☑ Yes.  Fill in below:

| Name of plan | Employer Identification number of the plan |
|---|---|
| Arete Healthcare LLC | EIN:  2  7 – 5  3  1  4  2  4  3 |

Has the plan been terminated?
☑ No
☐ Yes

| Debtor | __Arete Healthcare LLC__ | Case number (if known) | __19-52578__ |
|---|---|---|---|
| | Name | | |

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

19. **Safe deposit boxes**

    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

20. **Off-premises storage**

    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| __Studio Benton__<br>Name<br>__10826B Gulfdale St.__<br>Street<br><br>__San Antonio___ __TX___ __78216__<br>City    State  ZIP Code | Joel Kay<br>4243 E. Southcross Blvd., Ste. 100<br>San Antonio, TX 78222<br><br>Brian Johnson<br>4243 E. Southcross Blvd., Ste. 100<br>San Antonio, TX 78222<br>Address | **Medical equipment and office furniture** | ☐ No<br>☑ Yes |

Debtor   **Arete Healthcare LLC**                                    Case number (if known)   **19-52578**
_____                             _____
Name

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**AA Best Bail Bonds**
Name

**103 S. Comal**
Street

_____

**San Antonio**      **TX**   **78207**
City                 State  ZIP Code

**Joel Kay**
4243 E. Southcross Blvd., Ste 100
San Antonio, TX 78222

**Brian Johnson**
4243 E. Southcross Blvd., Ste 100
San Antonio, TX 78222

**William Johnson**
4243 E. Southcross Blvd., Ste 100
San Antonio, TX 78222

**Matthew Johnson**
4243 E. Southcross Blvd., Ste 100
San Antonio, TX 78222

**Albert Saenz**
103 S. Comal
San Antonio, TX 78207
Address

**Medical equipment**

☐ No
☑ Yes

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Lockaway Storage**
Name

**7858 Evans Rd**
Street

_____

**San Antonio**      **TX**   **78266**
City                 State  ZIP Code

**Joel Kay**
4243 E. Southcross Blvd., Ste 100
San Antonio, TX 78222

**Brian Johnson**
4243 E. Southcross Blvd., Ste 100
San Antonio, TX 78222

**William Johnson**
4243 E. Southcross Blvd., Ste 100
San Antonio, TX 78222

**Matthew Johnson**
4243 E. Southcross Blvd., Ste 100
San Antonio, TX 78222
Address

**Medical equipment and office furniture**

☑ No
☐ Yes

| Debtor | Arete Healthcare LLC | Case number (if known) | 19-52578 |
|---|---|---|---|
| | Name | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **Blitz Medical Billing, LLC**<br>Name<br>**3550 Parkwood Blvd B102**<br>Street<br><br>**Frisco**　　**TX**　**75034**<br>City　　　State　ZIP Code | **Medical Billing** | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br>From ____**2018**____   To ___**present**___ |

Debtor    __Arete Healthcare LLC__      Case number (if known) __19-52578__
     Name

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| 25.2. __Southcross Hospital LLC__ | __Hospital__ | Do not include Social Security number or ITIN. |
| Name | | |
| __4243 Southcross__ | | EIN: __ __ __ – __ __ – __ __ __ __ __ __ __ |
| Street | | |
| | | Dates business existed |
| __San Antonio__    __TX__   __78222__ | | From   __2018__    To   __present__ |
| City      State   ZIP Code | | |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. __Shriver Carmona Carrera, PLLC__ | From   __2011__    To   __present__ |
| Name | |
| __5805 Callaghan Rd, Ste. 301__ | |
| Street | |
| | |
| __San Antonio__    __TX__   __78228__ | |
| City      State   ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. __Shriver Carmona Carrera, PLLC__ | From   __2011__    To   __present__ |
| Name | |
| __5805 Callaghan Rd, Ste. 301__ | |
| Street | |
| | |
| __San Antonio__    __TX__   __78228__ | |
| City      State   ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. __Shriver Carmona Carrera, PLLC__ | |
| Name | |
| __5805 Callaghan Rd, Ste. 301__ | |
| Street | |
| | |
| __San Antonio__    __TX__   __78228__ | |
| City      State   ZIP Code | |

Debtor    __Arete Healthcare LLC__           Case number (if known)   __19-52578__
        Name

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.   __Frost Bank__
Name
__111 W. Houston, Ste. 100__
Street

__San Antonio__      __TX__    __78205__
City           State    ZIP Code

**Name and address**

26d.2.   __Wellington Shields & Co. LLC__
Name
__140 Broadway__
Street

__New York__      __NY__    __10005__
City           State    ZIP Code

**Name and address**

26d.3.   __Lone Star National Bank__
Name
__381 N. Loop 1604 W__
Street

__San Antonio__      __TX__    __78232__
City           State    ZIP Code

**Name and address**

26d.4.   __North Avenue Capital__
Name
__816 A1A N__
Street

__Ponte Vedra Beach__      __FL__    __32082__
City           State    ZIP Code

**Name and address**

26d.5.   __OnDeck Capital__
Name
__1400 Broadway__
Street

__New York__      __NY__    __10018__
City           State    ZIP Code

**Name and address**

26d.6.   __Platinum Rapid Funding Group, Ltd.__
Name
__348 RXR Plaza__
Street

__Uniondale__      __NY__    __11556__
City           State    ZIP Code

Debtor  __Arete Healthcare LLC_____  Case number (if known) __19-52578_____
　　　　　Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| WM Medical Consultants, LLC | P.O. Box 15308 San Antonio, TX 78212 | Member | 50% |
| Amajon Healthcare Solutions, LL | P.O. Box 593075 San Antonio, TX 78259 | Member | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

**Part 14:　Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12 - 04 - 2019___
　　　　　　MM / DD / YYYY

X _____　　Printed name  **Brian Johnson**_____
　　Signature of individual signing on behalf of the debtor

　　Position or relationship to debtor  **President**_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

**ARETE HEALTHCARE LLC**

# EXHIBIT TO SOFA
# PART 3/QUES. #3

# ARETE

| Acct. # | Date | Transaction Type | Check # | Amount | Payment To | Description |
|---|---|---|---|---|---|---|
| 20190136 | 8/5/2019 | ACH DB Received | | $ 14.75 | Frost Bank | |
| 20190136 | 8/5/2019 | ACH DB Received | | $ 14.75 | Frost Bank | |
| 20190136 | 8/5/2019 | Acct Transfer Debit | | $ 3,037.77 | Frost Bank | |
| 20190136 | 8/5/2019 | ACH DB Received | | $ 50,000.00 | American Express | |
| 20190136 | 8/6/2019 | Acct Transfer Debit | | $ 2,500.00 | Southcross Hospital LLC | |
| 20190136 | 8/6/2019 | Acct Transfer Debit | | $ 23,021.00 | Brian Johnson | |
| 20190136 | 8/7/2019 | ACH DB Received | | $ 174.34 | Dish Network | |
| 20190136 | 8/7/2019 | Misc Debit | | $ 26,380.57 | | |
| 20190136 | 8/9/2019 | Check Paid | 1741 | $ 200.00 | Pepper Jones | |
| 20190136 | 8/9/2019 | ACH DB Received | | $ 3,750.00 | On Deck Capital | |
| 20190136 | 8/9/2019 | ACH DB Received | | $ 4,550.00 | Platinum | |
| 20190136 | 8/9/2019 | Acct Transfer Debit | | $ 5,000.00 | Southcross Hospital LLC | |
| 20190136 | 8/9/2019 | Acct Transfer Debit | | $ | TriCounty Family | |
| 20190136 | 8/9/2019 | Acct Transfer Debit | | $ 18,400.00 | Medical Care Group LLC | |
| 20190136 | 8/9/2019 | ACH DB Received | | $ 39,901.76 | SWBC | |
| 20190136 | 8/9/2019 | Acct Transfer Debit | | $ 160,000.00 | Southcross Hospital LLC | |
| 20190136 | 8/12/2019 | ACH DB Received | | $ 24.46 | Bryn Mawr Funding | |
| 20190136 | 8/12/2019 | ACH DB Received | | $ 575.86 | Bryn Mawr Funding | |
| 20190136 | 8/12/2019 | Acct Transfer Debit | | $ 7,000.00 | Southcross Hospital LLC | |
| 20190136 | 8/12/2019 | Universal DB | | $ 25,000.00 | | |
| 20190136 | 8/13/2019 | Acct Transfer Debit | | $ 4,000.00 | | Cashier's Check |
| 20190136 | 8/13/2019 | Acct Transfer Debit | | $ 133,000.00 | Southcross Hospital LLC | |
| 20190136 | 8/14/2019 | Misc Debit | | $ 6,521.59 | | Misc Debit |
| 20190136 | 8/14/2019 | | | $ | WM Medical | |
| 20190136 | 8/16/2019 | Return Item | | $ 147,000.00 | Consultants LLC | Check from WM to Arete account 0136 returned to WM |
| 20190136 | 8/16/2019 | Acct Analysis Fee | | $ 565.25 | Frost Bank | Check from WM to Arete account 0136 returned to WM |
| 20190136 | 8/19/2020 | Return Item | | $ | WM Medical | |
| 20190136 | 8/20/2019 | ACH DB Received | | $ 147,000.00 | Consultants LLC | Check from WM to Arete account 0136 returned to WM |
| 20190136 | 8/20/2019 | ACH DB Received | | $ 341.39 | CPS | |
| 20190136 | 8/20/2019 | Acct Transfer Debit | | $ 11,609.50 | Frost Bank | |
| 20190136 | 8/22/2019 | ACH DB Received | | $ 25.00 | On Deck Capital | |
| 20190136 | 8/22/2019 | ACH DB Received | | $ 106.60 | SWBC | |
| 20190136 | 8/22/2019 | ACH DB Received | | $ 3,630.00 | SWBC | |
| 20190136 | 8/22/2019 | ACH DB Received | | $ 3,750.00 | On Deck Capital | |
| 20190136 | 8/22/2019 | ACH DB Received | | $ 6,600.00 | SWBC | |
| 20190136 | 8/23/2019 | ACH DB Received | | $ 165.00 | Exectras | |
| 20190136 | 8/23/2019 | ACH DB Received | | $ | TriCounty Family | |
| 20190136 | Acct Transfer Debit | | | $ 800.00 | Medical Care Group LLC | |

| Post Date | Date | Description | Check # | Amount | Payee | Memo |
|---|---|---|---|---|---|---|
| 20190136 | 8/23/2019 | ACH DB Received | | $ 3,750.00 | On Deck Capital | |
| 20190136 | 8/23/2019 | ACH DB Received | | $ 4,550.00 | Platinum | |
| 20190136 | 8/26/2019 | Overdraft Fee | | $ 35.00 | Frost Bank | |
| 20190136 | 8/26/2019 | Check Paid | 1743 | $ 588.00 | RSBCHO | |
| 20190136 | 8/26/2019 | Check Paid | 1742 | $ 780.00 | Texas Department of State Health Services | |
| 20190136 | 8/27/2019 | Acct Transfer Debit | | $ 11,799.68 | Frost Bank | |
| 20190136 | 8/27/2019 | Universal DB | | $ 31,498.08 | SWBC | Cashier's Check |
| 20190136 | 8/28/2019 | ACH DB Received | | $ 50.00 | SWBC | |
| 20190136 | 8/29/2019 | ACH DB Received | | $ 10.00 | On Deck Capital | |
| 20190136 | 8/30/2019 | ACH DB Received | | | Arete Family Medicine | |
| 20190136 | 8/30/2019 | Acct Transfer Debit | | $ 20.00 | PLLC | |
| 20190136 | 8/30/2019 | Acct Transfer Debit | | $ 300.00 | Arete Family Medicine | |
| 20190136 | 8/30/2019 | ACH DB Received | | $ 454.92 | CPS | |
| 20190136 | 8/30/2019 | ACH DB Received | | $ 4,550.00 | Platinum | |
| 20190136 | 9/3/2019 | Acct Transfer Debit | | | Arete Family Medicine | |
| 20190136 | 9/3/2019 | ACH DB Received | | $ 10.00 | PLLC | |
| 20190136 | 9/3/2019 | ACH DB Received | | $ 19.95 | Intuit | |
| 20190136 | 9/3/2019 | ACH DB Received | | $ 57.21 | ADT | |
| 20190136 | 9/4/2019 | ACH DB Received | | $ 505.00 | | |
| 20190136 | 9/4/2019 | Acct Transfer Debit | | $ 3,037.77 | Frost Bank | |
| 20190136 | 9/4/2019 | Acct Transfer Debit | | $ 4,914.08 | Frost Bank | |
| 20190136 | 9/9/2019 | Acct Transfer Debit | | $ 20,000.00 | Schertz Cibolo Emergency Physicians PLLC | MERCHANT SERVICE MERCH FEE 19090180029131003 |
| 20190136 | 9/17/2019 | Acct Transfer Debit | | $ 22,000.00 | Schertz Cibolo Emergency Physicians PLLC | |
| 20190136 | 9/18/2019 | Acct Analysis Fee | | $ 789.30 | Frost Bank | |
| 20190136 | 9/25/2019 | Acct Transfer Debit | | $ 10.90 | Texas Department of Motor Vehicles | |
| 20190136 | 9/25/2019 | Check Paid | 1744 | $ 11,799.68 | Frost Bank | |
| 20190136 | 9/27/2019 | Outgoing WT | | $ 2,250.49 | Navitas Credit Corp. | |
| 20190136 | 10/1/2019 | Check Paid | 93019 | $ 660.36 | Bryn Mawr Funding - BMT Leasing | |
| 20190136 | 10/2/2019 | Acct Transfer Debit | | $ 4,914.08 | Frost Bank | |
| 20190136 | 10/4/2019 | Check Paid | 1745 | $ 188.04 | Image First | |
| 20190136 | 10/4/2019 | Acct Transfer Debit | | $ 3,037.77 | Frost Bank | |
| 20190136 | 10/4/2019 | Universal DB | | $ 20,824.53 | SWBC | Cashier's Check |
| 20190136 | 10/4/2019 | Universal DB | | $ 26,341.52 | SWBC | Cashier's Check |

| | | | | | Cashier's Check |
|---|---|---|---|---|---|
| 20190136 | 10/15/2019 | Universal DB | $ | 68,000.00 | SWBC |
| 20190136 | 10/17/2019 | Acct Analysis Fee | $ | 637.63 | Frost Bank |
| 20190136 | 10/25/2019 | Acct Transfer Debit | $ | 11,799.68 | Frost Bank |
| 20190136 | 11/1/2019 | Acct Transfer Debit | $ | 5,000.00 | The Emergency Clinic of Floresville LLC |

# ARETE GOV

| Acct. # | Date | Transaction Type | Check # | Amount | Payment To | Description |
|---|---|---|---|---|---|---|
| 750041920 | 8/15/2019 | Acct Transfer Debit | | $ 22,468.00 | Arete Healthcare LLC | |
| 750041920 | 8/16/2019 | Misc Fees | | $ 24.10 | Frost Bank | |
| 750041920 | 8/30/2019 | Misc Fees | | $ 9.00 | Frost Bank | |
| 750041920 | 9/3/2019 | ACH DB Received | | $ 33.46 | First Data Merchant Services | |
| 750041920 | 9/3/2019 | ACH DB Received | | $ 37.73 | First Data Merchant Services | |
| 750041920 | 9/3/2019 | ACH DB Received | | $ 40.50 | First Data Merchant Services | |
| 750041920 | 9/17/2019 | Acct Transfer Debit | | $ 11,295.00 | Schert Cibolo Emergency Physicians PLLC | |
| 750041920 | 9/18/2019 | Misc Fees | | $ 24.90 | Frost Bank | |
| 750041920 | 9/19/2019 | Acct Transfer Debit | | $ 1,000.00 | Schert Cibolo Emergency Physicians PLLC | |
| 750041920 | 9/25/2019 | Acct Transfer Debit | | $ 1,800.00 | Arete Healthcare LLC | |
| 750041920 | 9/30/2019 | Misc Fees | | $ 9.00 | Frost Bank | |
| 750041920 | 10/2/2019 | ACH DB Received | | $ 16.95 | First Data Merchant Services | |
| 750041920 | 10/2/2019 | ACH DB Received | | $ 21.99 | First Data Merchant Services | |
| 750041920 | 10/17/2019 | Misc Fees | | $ 22.60 | Frost Bank | |
| 750041920 | 10/25/2019 | Acct Transfer Debit | | $ 2,000.00 | Arete Healthcare LLC | |
| 750041920 | 10/31/2019 | Misc Fees | | $ 9.00 | Frost Bank | |
| 750041920 | 11/1/2019 | Acct Transfer Debit | | $ 7,000.00 | The Emergency Clinic of Floresville LLC | |